UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LYNETTE T. STEVENSON,

    **Plaintiff,**

    v.                                Case Number 2:25-cv-1143
                                          Judge Edmund A. Sargus, Jr.
                                          Magistrate Judge Elizabeth P. Deavers

**BRIDGECREST FINANCIAL SERVICES,**

    **Defendant.**

## ORDER

This matter is before the Court on the Court's December 1, 2025 Order requiring Plaintiff Lynette T. Stevenson to file a notice indicating whether she intends to prosecute this case. (ECF No. 12.)

On August 10, 2025, Ms. Stevenson filed a complaint against Defendant Bridgecrest Financial Services in the Franklin County Court of Common Pleas. (ECF No. 2-1.) Her complaint requested a temporary restraining order and preliminary injunction to stop Bridgecrest from repossessing her car. (*Id.*) She claims Bridgecrest violated the Fair Debt Collection Practices Act and Pennsylvania state law by not providing her a notice of right to cure and a validation of debt. (*Id.*) The Court of Common Pleas Judge, Judge Naiza N. Page, denied Ms. Stevenson's request for a temporary restraining order. (ECF No. 1-3, PageID 21–22.) On September 30, 2025, Judge Page issued a Notice of Intent to Dismiss for Lack of Prosecution requiring Ms. Stevenson to show in writing why her case should not be dismissed for failure to prosecute. (*Id.* PageID 27.) The next day, Bridgecrest's counsel entered an appearance. (ECF No. 1-4.) Two days after that, Bridgecrest filed a notice of removal in this Court. (ECF No. 1.)

On November 3, 2025, this Court issued an Order requiring Ms. Stevenson to file a notice indicating whether she intends to prosecute her case by November 7, 2025. (ECF No. 8.) Ms. Stevenson did not do so. On December 1, 2025, the Court issued a second Order requiring her to file a notice within seven days indicating whether she intends to prosecute her case and warning her that failure to do so will result in dismissal of this case. (ECF No. 12, PageID 202.) More than seven days have passed and Ms. Stevenson has not filed the required notice.

Accordingly, the Court **DISMISSES with prejudice** Plaintiff's claims for failure to prosecute under Federal Rule of Civil Procedure 41(b) and for failure to comply with this Court's December 1, 2025 Order. (ECF No. 12.) Defendant's Motion to Compel Arbitration and for Stay of Proceedings (ECF No. 10) is **DENIED as moot**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**1/7/2026**  
**DATE**

s/Edmund A. Sargus, Jr.  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**